IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER IMESON,

      Appellant,

 v.

                                    Case No.  5D21-2983
                                    LT Case No. 2015-DR-616

KELLY ENRIGHT,

      Appellee.

_____/

Decision filed September 27, 2022

Appeal from the Circuit Court
for St. Johns County,
Christopher S. Ferebee, Judge.

Christopher Imeson, Ponte Vedra
Beach, pro se.

Cindy L. Lasky, of The Lasky Law
Firm, Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, WALLIS and EDWARDS, JJ., concur.